

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

50 Main Street, Suite 1100
White Plains, New York 10606

February 13, 2025

**<u>BY EMAIL</u>**

The Honorable Andrew Krause
United States Magistrate Judge
Southern District of New York
United States Courthouse
300 Quarropas Street
White Plains, NY 10601

  Re: *United States v. William Ung*, 25 Cr. 7

Dear Judge Krause:

  The Government respectfully writes to request that the Indictment in the captioned case be unsealed as the defendant has been arrested.

            Respectfully submitted,

            DANIELLE R. SASSOON
            United States Attorney

         By: _____
            Benjamin Klein
            Assistant United States Attorney
            Southern District of New York
            Tel: (914) 993-1908

cc: Jane White, Esq. (by email)

SO ORDERED. 2/13/2025

*/s/ Andrew Krause*
_____
ANDREW E. KRAUSE
United States Magistrate Judge