UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA :
 : **SCHEDULING ORDER**
v. :
 :
WILLIAM UNG, :
 : 7:25-cr-7 (PMH)
     Defendant. :
------------------------------------------------------------x

  An Initial Conference is scheduled for February 24, 2025 at 12:30 p.m. in Courtroom 620

at the White Plains Courthouse.


**SO ORDERED:**

Dated: White Plains, New York
   February 19, 2025

              _____
              Philip M. Halpern
              United States District Judge