UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

UNITED STATES OF AMERICA,

                            -v-

William Ung,
                            Defendant.
------------------------------------------------------------------X

**CONSENT TO PROCEED BY**
**VIDEOCONFERENCE**

**25-CR-7 (PMH)**

Defendant William Ung hereby voluntarily consents to participate in the following proceeding
via videoconferencing:

_X__    Initial Conference

____    Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of
        Indictment Form)

____    Preliminary Hearing on Felony Complaint

____    Bail/Revocation/Detention Hearing

____    Status and/or Scheduling Conference

____    Misdemeanor Plea/Trial/Sentence


_____          _____
Defendant's Signature                     Defense Counsel's Signature


_____William Ung_____          _____Jane White_____
Print Defendant's Name                    Print Defense Counsel's Name


This proceeding was conducted by reliable videoconferencing technology.

_____2/24/2025_____          _____
Date                                      Philip M. Halpern
                                          United States District Judge