UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
UNITED STATES OF AMERICA,

                          **CONSENT TO PROCEED BY**
                          **VIDEOCONFERENCE**

-v-

                          25-CR-7 (PMH)

William Ung,
                Defendant.
---------------------------------------------------------------X

Defendant William Ung hereby voluntarily consents to participate in the following proceeding via videoconferencing:

\_\_\_\_ Initial Conference

\_\_\_\_ Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

\_\_\_\_ Preliminary Hearing on Felony Complaint

\_\_\_\_ Bail/Revocation/Detention Hearing

 X  Status and/or Scheduling Conference

\_\_\_\_ Misdemeanor Plea/Trial/Sentence

_____
Defendant's Signature

_____
Defense Counsel's Signature

    William Ung
Print Defendant's Name

    Matthew Galluzzo
Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

_____
Date

_____
Philip M. Halpern
United States District Judge