UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
UNITED STATES OF AMERICA          :
                                  :     **MOTION SCHEDULING ORDER**
v.                                :
                                  :     25-CR-7 (PMH)
  WILLIAM UNG,                    :
                      Defendant.  :
-------------------------------------------------------x

    At today's status conference, the Court set the following briefing schedule for pretrial motions:

1. Defendant's motions, if any, shall be filed by August 1, 2025.

2. The government's opposition shall be filed by August 29, 2025.

3. Defendant's reply, if any, shall be filed by September 12, 2025.

4. Absent prior permission, sur-reply papers will not be accepted.

The Court encourages and appreciates brevity. Absent prior permission, memoranda of law in support of and in opposition to motions are limited to 25 pages, and reply memoranda are limited to 10 pages.

    Counsel shall submit a courtesy copy of all motion papers to Chambers.

    If an evidentiary hearing is requested, that request must be made by letter to accompany the courtesy copies delivered to Chambers. The letter should indicate whether the government consents to a hearing.

    Oral argument is scheduled for September 29, 2025 at 11:00 a.m..

    For the reasons stated on the record at today's conference, time is excluded under the Speedy Trial Act in the interest of justice until September 29, 2025.

Dated: White Plains, New York
       June 26, 2025

                                                  SO ORDERED:

                                                  _____
                                                  Philip M. Halpern
                                                  United States District Judge