UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA              :
                                      :
                                      :  **ORDER**
v.                                    :
                                      :
WILLIAM UNG,                          :
                                      :  7:25-cr-7 (PMH)
                                      :
            Defendant.                :
-----------------------------------------------------------x

By email dated July 31, 2025, defense counsel informed the Court that Defendant will not be filing any pretrial motions. Accordingly, the oral argument on pretrial motions scheduled for September 29, 2025 at 11:00 a.m. is cancelled.

The Government shall file a proposed order to exclude time under the Speedy Trial Act through the date of the Final Pretrial Conference on February 5, 2026.

**SO ORDERED:**

Dated: White Plains, New York
       August 4, 2025

_____
Philip M. Halpern
United States District Judge