UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA        :

           :

v.             :     **ORDER**

           :

WILLIAM UNG,        :     7:25-cr-7 (PMH)

           :

       Defendant.    :
------------------------------------------------------------x

Pursuant to the Pretrial Scheduling Order entered on June 26, 2025, any objections to the Government's case-in-chief exhibits were to be served and filed by December 19, 2025 and Defendant's opposition to the Government's motion *in limine* was due by January 2, 2026. Defendant has not filed any objections to the Government's exhibits, nor has he filed any opposition to the pending motion *in limine*.

The Court *sua sponte* extends these deadlines. Defendant shall file his objections, if any, to the Government's exhibits and his opposition, if any, to the motion *in limine*, by 5:00 p.m. on January 8, 2026.

**SO ORDERED:**

Dated: White Plains, New York
      January 5, 2026

_____
Philip M. Halpern
United States District Judge