

THE LAW OFFICE OF ——————————

## MATTHEW GALLUZZO

11 Broadway, Sui~~~
Tel. (212) 34~

Application granted. Defendant may appear at the February 5, 2026 pretrial conference via videoconference. The Court will separately email a Microsoft Teams link. The Clerk of Court is respectfully directed to terminate the pending motion (Doc. 36).

SO ORDERED.

Philip M. Halpern
United States District Judge

Dated:  White Plains, New York
January 21, 2026

The Honorable Philip M. Halpern
U.S. District Court Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601
VIA ECF

Re:    *U.S. v. William Ung,* 25-cr-7 (PMH*)*

Dear Judge Halpern,

I represent Mr. Ung in the above-captioned matter. The matter is currently scheduled for a pretrial conference on February 5, and for jury selection and trial on February 17. As you know, Mr. Ung resides in Arizona and is being monitored by the local Arizona office of Pretrial Services. He has been compliant with the conditions of his pretrial release.

My client respectfully requests that he be permitted to attend the pretrial conference remotely. He has previously appeared remotely for other status conferences in this matter. It would save my client a considerable amount of expense and travel time to appear remotely, and the prosecutors have no objection to this request.

Respectfully submitted,

_____/s/_____

Matthew J. Galluzzo
Attorney for William (Willy) Ung

CC:

Assistant U.S. Attorney Benjamin Klein
Assistant U.S. Attorney Jorja Knauer
Assistant U.S. Attorney Patricia Reville

1