UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
UNITED STATES OF AMERICA

v.

WILLIAM UNG,

                                                                    **SCHEDULING ORDER**

                                                                    7:25-cr-7 (PMH)

                          Defendant.

--------------------------------------------------------X

Due to a scheduling conflict, the sentencing hearing scheduled for June 30, 2026 is re-scheduled to July 30, 2026 at 2:30 p.m. in Courtroom 520 at the White Plains Courthouse. Defendant's sentencing submission is due by July 9, 2026 and the Government's sentencing submission is due by July 16, 2026.

**SO ORDERED:**

Dated:  White Plains, New York
            March 24, 2026

_____
Philip M. Halpern
United States District Judge