UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
UNITED STATES OF AMERICA

v.

WILLIAM UNG,

Defendant.

-----------------------------------------------------------X

**SCHEDULING ORDER**

7:25-cr-7 (PMH)

Due to a scheduling conflict, the sentencing hearing scheduled for July 30, 2026 is re-scheduled to August 20, 2026 at 2:30 p.m. in Courtroom 520 at the White Plains Courthouse. Defendant's sentencing submission is due by July 30, 2026 and the Government's sentencing submission is due by August 6, 2026.

**SO ORDERED:**

Dated:  White Plains, New York
        July 1, 2026

_____
Philip M. Halpern
United States District Judge