UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
UNITED STATES OF AMERICA

v.

WILLIAM UNG,

Defendant.
---------------------------------------------------------X

**SCHEDULING ORDER**

7:25-cr-7 (PMH)

The sentencing hearing scheduled for August 20, 2026 is re-scheduled to September 24, 2026 at 11:00 a.m. in Courtroom 520 at the White Plains Courthouse. Defendant's sentencing submission is due by September 3, 2026 and the Government's sentencing submission is due by September 10, 2026.

**SO ORDERED:**

Dated: White Plains, New York
July 9, 2026

Philip M. Halpern
United States District Judge